# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

CHARLES E. DUNCAN,

    Petitioner, : Case No. 3:17-cv-430

- vs -     District Judge Walter H. Rice
    Magistrate Judge Michael R. Merz

MARK HOOKS, Warden,
  Ross Correctional Institution,

    :

    Respondent.

---

## RECOMMITTAL ORDER

---

This case is before the Court on Petitioner's Objections (ECF No. 10) to the Magistrate Judge's Supplemental Report and Recommendations (ECF No. 8).

The District Judge has preliminarily considered the Objections and believes they will be more appropriately resolved after further analysis by the Magistrate Judge. Accordingly, pursuant to Fed. R. Civ. P. 72(b)(3), this matter is hereby returned to the Magistrate Judge with instructions to file a supplemental report analyzing the Objections and making recommendations based on that analysis.

March 27, 2018.

                                                Walter H. Rice
                                               United States District Judge